IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BILLY WHITEHEAD                                              PLAINTIFF

v.                           Civil No. 13-5079

WASHINGTON COUNTY DETENTION
CENTER; DR. HOWARD; NURSE
RHONDA; and NURSE PEGGY                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael B. Whitehead, currently an inmate of the Washington County Detention Center (WCDC), has filed a *pro se* civil rights action under 42 U.S.C. § 1983. With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, a blank IFP application was sent to the Plaintiff and he was directed (Doc. 6) to complete and return the application by August 30, 2013, or pay the $350 filing fee.

Additionally, Plaintiff was advised (Doc. 6) that there are two nurses with the first name Rhonda employed at the WCDC--Nurse Rhonda Bradley and Nurse Rhonda Meschede. Plaintiff was directed to advise the Court which Nurse Rhonda he was naming as a Defendant. This information was to be provided to the Court by August 30, 2013.

To date, Plaintiff has not responded to the order. The order was not returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this action be dismissed for failure to prosecute and failure to obey the order of the Court. Fed. R. Civ. P. 41(b).

-1-

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of September 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE