IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BILLY WHITEHEAD                                    PLAINTIFF

          v.              Civil No. 13-5079

WASHINGTON COUNTY DETENTION
CENTER; DR. HOWARD; NURSE
RHONDA; and NURSE PEGGY                                  DEFENDANTS

                        O R D E R

     Now  on  this  15th  day  of  October  2013,  comes  on  for
consideration  the  **Report  and  Recommendation  of  the  Magistrate
Judge**  (document  #7),  to  which  no  objections  have  been  filed.  The
Report  and  Recommendation  was  sent  to  plaintiff  at  his  last  known
address  on  September  17,  2013,  but  was  returned  on  October  3,
2013,  marked  as  "undeliverable  --  no  longer  at  this  facility."

     It  is  a  litigant's  responsibility  to  prosecute  his  case  and
to  keep  the  Court  apprised  of  his  current  address  at  all  times.
**Local Rule 5.5(c)(2).**  Plaintiff  in  this  case  has  failed  to  do  so.

     In  any  event,  the  Court  has  reviewed  the  Report  and
Recommendation  --  which  recommends  dismissal  --  and,  being  well
and  sufficiently  advised,  finds  that  it  is  proper  and  should  be
adopted  in  its  entirety.

     **IT IS THEREFORE ORDERED** that  the  **Report and Recommendation of
the Magistrate Judge**  (document  #7)  is  hereby  **adopted *in toto*.**

     **IT IS FURTHER ORDERED** that,  for  the  reasons  stated  in  the
Report  and  Recommendation,  this  action  is  hereby  **dismissed with**

prejudice.

    IT IS SO ORDERED.

                           /s/ Jimm Larry Hendren
                          JIMM LARRY HENDREN
                          UNITED STATES DISTRICT JUDGE